UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAYA WILSON<br>2900 30th Street, S.E.<br>Apt. 22<br>Washington, D.C. 20020<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA,<br>A Municipal Corporation<br><br>　　　　and<br><br>METROPOLITAN POLICE OFFICER,<br>TATJANA SAVOY<br>in both her individual and official capacity<br>Third District<br>1625 V Street, N.W.<br>Washington, D.C. 20001<br><br>　　　　Defendants. | Civil Action No.: _____ |

### NOTICE OF REMOVAL

The District of Columbia is a defendant in the case *Kaya Wilson v. District of Columbia, et al.*, Civil Action No. 2008 CA 004078 B, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, this defendant removes the above-captioned action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for review by this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendant received a copy of the Summons and Complaint on or about July 30, 2008. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ Leticia L. Valdes
LETICIA L. VALDES [461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 730-1881
Leticia.Valdes@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2008, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

Donald M. Temple, Esq.
1229 15th Street, N.W.
Washington, D.C. 20005

                                         /s/ Leticia L. Valdes
                                         Leticia L. Valdes
                                         Assistant Attorney General

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

KAYA WILSON  :
  :
    Plaintiff,  :
  :
v.  :   Civil Action No. 2008 CA 004078 B
  :   Judge Gerald I. Fisher
DISTRICT OF COLUMBIA, et al.  :   Calendar 1
  :
    Defendant.  :

### PLAINTIFF'S MOTION TO EXTEND THE TIME FOR SERVICE WITH INCORPORATED MEMORANDUM

COMES NOW the Plaintiff, by counsel, and respectfully moves the Court to extend the time for service of the Complaint pursuant to Super.Ct.Civ.R. 4(m) for the following reasons:

1) The Complaint and Summons in this matter have been provided to a process server in the District of Columbia.

2) Service has been effected on the District of Columbia and the Mayor.

3) Additional time is needed to effect service on the named Metropolitan Police Officer, as

   (a) the process server initially was informed by Patrol Services that the Officer was at the Seventh Police District, however, the process server subsequently was informed that the Officer had been detailed elsewhere on a special assignment, causing delay in service, and

   (b) the process server's mother passed away on July 15, 2008, causing him to be away and unavailable while on bereavement leave during the time that was allotted for service of process.

WHEREFORE, the Plaintiff respectfully requests that the time for service of process in this matter be extended by 45 days, and/or such relief as this Court deems appropriate.

Respectfully submitted,

_____/s/_____
Donald M. Temple, Esq. [408749]
Rabiah Abdullah, Esq. [459984]
1229 15th Street, N.W.
Washington, D.C. 20005
Tel.: (202) 628-1101
Fax.: (202) 628-1149
dtemplelaw@aol.com

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

KAYA WILSON                              :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :      Civil Action No. 2008 CA 004078 B
                                         :      Judge Gerald I. Fisher
DISTRICT OF COLUMBIA, et al.             :      Calendar 1
                                         :
        Defendant.                       :

## ORDER

Upon consideration of the Plaintiff's Motion to extend the time for service in this matter, and good cause having been shown, it is hereby

**ORDERED,** that the Motion to extend the time for service is **GRANTED**; and it is

**FURTHER ORDERED,** that the time for service shall be extended by 45 days.

**SO ORDERED** this _____ day of _____, 2008.

_____
Judge

_____
Date

COPIES TO:

Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, N.W.
Washington, DC 20005
dtemplelaw@aol.com



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| KAYA WILSON | |
|---|---|
| *Plaintiff(s)* | |
| Vs | Case No.: 2008 CA 004073 B |
| DISTRICT OF COLUMBIA | |
| *Defendant(s)* | |

# ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Extend Time for Service, it is this 14th day of August 2008 hereby

ORDERED that Plaintiff's Motion to Extend Time for Service is **GRANTED**; it is

FURTHER ORDERED that Plaintiff has sixty (60) days from the date of this order to effect service upon the remaining Defendant; it is

FURTHER ORDERED that the August 29th, 2008 scheduling conference is **CONTINUED** to November 7th, 2008 at 9:30AM in Courtroom 519.

_____
Judge Gerald I. Fisher

Copies to:

Donald Temple, 408749
*Counsel for Plaintiff*

186501

CA Form 1

## Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

KAYA WILSON

Plaintiff

vs.                                                            Civil Action No. _____

DISTRICT OF COLUMBIA     Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Clerk of the Court

Donald M. Temple, Esq.
Name of Plaintiff's Attorney

1229 15th St. NW
Address
Washington, DC 20005

By _____
Deputy Clerk

202-628-1101
Telephone

Date  5/31/08

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-458/May 03

CA Form 1

## Superior Court of the District of Columbia
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

KAYA WILSON

*Plaintiff*

vs.

Civil Action No. _____

MPD Officer SAVOY

*Defendant*

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Donald M. Temple, Esq.
Name of Plaintiff's Attorney

1229 15th St. NW
Address
Washington, DC 20005

202-628-1101
Telephone

By _____ Deputy Clerk

Date 5/31/08

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

KAYA WILSON

    Plaintiff

v.                               No: 2008 CA 004078

DISTRICT OF COLUMBIA, ET AL.

    Defendants.



FILED
CIVIL ACTIONS BRANCH
AUG 19 2008
Superior Court
of the District of Columbia
Washington, D.C.

## AFFIDAVIT OF SERVICE BY HAND DELIVERY

I, Dequan Bogan, hereby certify that I am over the age of eighteen years and that I am not a party in the above case. My home address is 2107 Fort Davis, S.E. Apt 302, Washington, D.C. 20020.

On August 12, 2008, at 12:44 P.M. I served **Officer Tatjana Savoya** copy of the Summons, Complaint, and Initial Order in his individual and official capacity. Service was accepted by Lieutenant William Fitzgerald at 300 Indiana Avenue, NW, Washington, D.C. 20001

I certify under penalty of perjury that the foregoing is true and correct.

_____
Dequan Bogan

_____
notary use only

I certify under a penalty of perjury that the foregoing is true and correct.

Executed on  8/12/08                     _____
                Date                                                                   Signature

Hernan Siciliano - 1229 15th Street, NW, Washington, DC. 20005

Ernesto-Hernan Siciliano
Notary Public
Montgomery County, State of Maryland
My Commission Expires May 20, 2011



IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division



KAYA WILSON

    Plaintiff

v.

                      Case No. 2008 CA 004078 b
                      Judge:

DISTRICT OF COLUMBIA, et al.

    Defendant.

## AFFIDAVIT OF SERVICE BY HAND DELIVERY

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

    On or about July 30, 2008, at or around 4:00 P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint, summons, and intial order upon the **District of Columbia, Mayor Adrian Fenty**. The location of service was executed at: 1350 Pennsylvania Avenue, Suite 419, NW, Washington, D.C. 20001.

_____
DeQuan Bogan

_____
                Notary Public

I certify under a penalty of perjury that the foregoing is true and correct.

Executed on __8/4/08__        _____
          Date                                 Signature

Hernan Siciliano - 1229 15th Street, NW, Washington, DC. 20005

Ernesto-Hernan Siciliano
Notary Public
Montgomery County, State of Maryland
My Commission Expires May 20, 2011

Case 1:08-cv-01500-RMU   Document 1-5   Filed 08/28/2008   Page 3 of 3

IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

KAYA WILSON

    Plaintiff

v.

    Case No. 2008 CA 004078 b
    Judge:

DISTRICT OF COLUMBIA, et al.

    Defendant.



FILED
CIVIL ACTIONS BRANCH
AUG 0 4 2008
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

### AFFIDAVIT OF SERVICE BY HAND DELIVERY

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

    On or about July 30, 2008, at or around 3:28 P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint, summons, and intial order upon the **District of Columbia, Office of Attorney General**. The location of service was executed at: 441 4th Street, NW, Washington, D.C. 20001.

_____
DeQuan Bogan

_____
                     Notary Public

I certify under a penalty of perjury that the foregoing is true and correct.

Executed on  8/4/08                     _____
              Date                                                   Signature

Hernan Siciliano - 1229 15th Street, NW, Washington, DC. 20005

Ernesto-Hernan Siciliano
Notary Public
Montgomery County, State of Maryland
My Commission Expires May 20, 2011

**JS-44**
**(Rev.1/05 DC)**

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

**DEFENDANTS**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

1  U.S. Government Plaintiff

2  U.S. Government Defendant

3  Federal Question
   (U.S. Government Not a Party)

4  Diversity
   (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### A. *Antitrust*

410 Antitrust

### B. *Personal Injury/Malpractice*

310 Airplane
315 Airplane Product Liability
320 Assault, Libel & Slander
330 Federal Employers Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury
362 Medical Malpractice
365 Product Liability
368 Asbestos Product Liability

### C. *Administrative Agency Review*

151 Medicare Act

**Social Security:**
861 HIA ((1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g)
864 SSID Title XVI
865 RSI (405(g)
**Other Statutes**
891 Agricultural Acts
892 Economic Stabilization Act
893 Environmental Matters
894 Energy Allocation Act
890 Other Statutory Actions (If Administrative Agency is Involved)

### D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### E. *General Civil (Other)* OR  F. *Pro Se General Civil*

**Real Property**
210 Land Condemnation
220 Foreclosure
230 Rent, Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All Other Real Property

**Personal Property**
370 Other Fraud
371 Truth in Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

**Bankruptcy**
422 Appeal 28 USC 158
423 Withdrawal 28 USC 157

**Prisoner Petitions**
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Condition

**Property Rights**
820 Copyrights
830 Patent
840 Trademark

**Federal Tax Suits**
870 Taxes (US plaintiff or defendant
871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
610 Agriculture
620 Other Food &Drug
625 Drug Related Seizure of Property 21 USC 881
630 Liquor Laws
640 RR & Truck
650 Airline Regs
660 Occupational Safety/Health
690 Other

**Other Statutes**
400 State Reapportionment
430 Banks & Banking
450 Commerce/ICC Rates/etc.
460 Deportation

470 Racketeer Influenced & Corrupt Organizations
480 Consumer Credit
490 Cable/Satellite TV
810 Selective Service
850 Securities/Commodities/ Exchange
875 Customer Challenge 12 USC 3410
900 Appeal of fee determination under equal access to Justice
950 Constitutionality of State Statutes
890 Other Statutory Actions (if not administrative agency review or Privacy Act

| G. *Habeas Corpus/ 2255*                                      | H. *Employment Discrimination*                                                                                                                                   | I. *FOIA/PRIVACY ACT*                                                                  | J. *Student Loan*                                                |
| ------------------------------------------------------------- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------------------------------------------------------------------------------- | ---------------------------------------------------------------- |
| 530 Habeas Corpus-General<br>510 Motion/Vacate Sentence       | 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | 895 Freedom of Information Act<br>890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | 152 Recovery of Defaulted Student Loans (excluding veterans)    |

| K. *Labor/ERISA (non-employment)*                                                                                                                                                           | L. *Other Civil Rights (non-employment)*                                                                                                                                              | M. *Contract*                                                                                                                                                                                                                                                          | N. *Three-Judge Court*                              |
| ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --------------------------------------------------- |
| 710 Fair Labor Standards Act<br>720 Labor/Mgmt. Relations<br>730 Labor/Mgmt. Reporting & Disclosure Act<br>740 Labor Railway Act<br>790 Other Labor Litigation<br>791 Empl. Ret. Inc. Security Act | 441 Voting (if not Voting Rights Act)<br>443 Housing/Accommodations<br>444 Welfare<br>440 Other Civil Rights<br>445 American w/Disabilities-Employment<br>446 Americans w/Disabilities-Other | 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment & Enforcement of Judgment<br>153 Recovery of Overpayment of Veteran's Benefits<br>160 Stockholder's Suits<br>190 Other Contracts<br>195 Contract Product Liability<br>196 Franchise | 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

1 Original Proceeding   2 Removed from State Court   3 Remanded from Appellate Court   4 Reinstated or Reopened   5 Transferred from another district (specify)   6 Multi district Litigation   7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   **DEMAND $**   **JURY DEMAND:**   Check YES only if demanded in complaint   **YES**   **NO**

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   **YES**   **NO**   If yes, please complete related case form.

**DATE**   **SIGNATURE OF ATTORNEY OF RECORD**

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

   I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

   III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

   IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

   VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

___KAYA WILSON___
Plaintiff

v.   Civil Action No. 08 1500

AUG 2 8 2008

___D.C., ET AL___
Defendant

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **URBINA, J. RMU**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
        Deputy Clerk

cc: Donald Temple

929A
Rev. 7/02